**No. 60229.**—Whitmoyer Laboratories, Inc. v. United States, protests 148363–K, etc. (Philadelphia).

Opinion by WILSON, J. The protests were dismissed for lack of prosecution.